**RECEIVED**

MAR 0 8 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

MAR 1 6 2007

ROBERT H. SHEMWELL, CLERK
BY _____
                  DEPUTY

**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF LOUISIANA**
*LAKE CHARLES DIVISION*

EMILY JEAN FONTENOT

VERSUS

RYAN'S FAMILY STEAKHOUSE

CIVIL ACTION

NO.: 2:06cv1844
MAGISTRATE JUDGE WILSON
JUDGE MINALDI

**JUDGMENT OF DISMISSAL**

On Motion of all parties to this action, appearing through undersigned counsel, and on suggesting to the Court that all issues in the above entitled and numbered suit have been compromised, and that this suit should be dismissed with full prejudice, with Defendant to pay all costs of Court;

IT IS ORDERED, ADJUDGED AND DECREED that the above entitled and numbered suit be and it is hereby finally dismissed with full prejudice to all of the rights of Plaintiff, with Defendant to pay all costs of Court.

JUDGMENT RENDERED, READ ALOUD AND SIGNED on this 16 day of March, 2007.

_____
JUDGE

**Respectfully submitted:**

**UNGARINO & ECKERT L.L.C.**

_____
MATTHEW J. UNGARINO (#15061)
*BRYAN E. LEGE (#26378)*
315 South College Road, Suite 239
Lafayette LA 70503
(337) 235-5585
FAX: (336) 217-8616
E-mail: blege@ungarino-eckert.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, properly addressed and first class postage prepaid, on January 16, 2007. Febuary 27

_____
BRYAN E. LEGE